

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN - 6 2011

CLERK, U.S. DISTRICT COURT
By _____
Deputy   10:24am

| | | |
|---|---|---|
| COMMONWEALTH LAND TITLE INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § § | |
| vs. | § § | C.A. No. 3:10-CV-01097-F |
| CHARLES R. OSBORN, | § § § | |
| Defendant. | § | |

## DEFAULT JUDGMENT

Before the Court is the Motion for Default Judgment and Brief in Support
("Motion") filed by Plaintiff Commonwealth Land Title Insurance Company
("Commonwealth") against Defendant Charles R. Osborn ("Osborn"). The Court finds
that the Motion is well-taken and should be and is hereby granted. It is therefore

(1)     ORDERED that Final Judgment against Osborn is hereby ordered in
the amount of: $285,000.00 (TWO HUNDRED EIGHTY-FIVE
THOUSAND DOLLARS AND NO CENTS) representing damages
for Osborn's common law fraud, fraud in a real estate transaction,
negligent misrepresentation, and breach of contract against
Commonwealth;

(2)     $2,088.50 representing the reasonable and necessary attorneys' fees
incurred by Commonwealth;

(3)        $515.94, representing costs of court incurred by Commonwealth; and

(4)        Interest on the total judgment from the date of judgment until judgment is paid, as provided by 28 U.S.C. § 1961, at the rate of _5%_ per annum. It is further

ORDERED that Commonwealth shall have all writs of execution and other process fees necessary to enforce this judgment without further order of this Court.

This is a Final Judgment as to all claims and parties.

Entered this ___6th___ day of ___January___, 2011.


_____
UNITED STATES DISTRICT JUDGE